UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 12-45-GFVT |
| Plaintiff/Respondent, | ) | |
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| KWEITA M. ANDERSON, | ) | |
| | ) | |
| Defendant/Movant. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court pending review of the Report and Recommendation of United States Magistrate Edward B. Atkins [R. 148] filed herein on December 15, 2014. Consistent with local practice, the Report and Recommendation addresses Anderson's motion to vacate, set aside or correct her sentence pursuant to 28 U.S.C. § 2255. The Report and Recommendation concludes that Anderson's § 2255 motion should be denied as moot since the relief she requests – an avenue by which to appeal her conviction – has already been provided by the Sixth Circuit. [R. 148 at 2-3.] The Recommendation also advises the parties that any objections must be filed within fourteen (14) days of service or waive the right to further appeal. [R. 148 at 3.] As of this date, neither of the parties have filed objections or sought an extension of time to do so.

Generally, this Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or

legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Parties who fail to object to a Magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and it agrees with the Magistrate Judge's Recommended Disposition. Furthermore, the Court declines to issue a certificate of appealability. The Court determines that reasonable jurists would not find the denial of Anderson's § 2255 motion debatable. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED**:

1. The Magistrate's Recommended Disposition [R. 148] as to Kweita M. Anderson is **ADOPTED** as and for the Opinion of the Court;

2. Anderson's § 2255 motion [R. 136] is **DENIED as moot;**

3. A Certificate of Appealability is **DENIED**; and

4. **JUDGMENT** in favor of the Respondent will be entered contemporaneously herewith and this matter will be **STRICKEN** from the Court's active docket.

This the 6th day of January, 2015.



Signed By:
*Gregory F. Van Tatenhove*
United States District Judge